# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-7132**                    **September Term, 2019**

**1:18-cv-02109-RMC**

**Filed On: August 31, 2020** [1859089]

Christiana Tah and Randolph McClain,

       Appellants

       v.

Global Witness Publishing, Inc. and Global Witness,

       Appellees

------------------------------

Consolidated with 19-7133

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for September 14, 2020, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue. The panel considering these cases will consist of Chief Judge Srinivasan, Circuit Judge Tatel, and Senior Circuit Judge Silberman.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 8, 2020.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)